UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **TERRY A. ROSE,** | ) | CASE NO.1:13CV642 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| **CITY OF CLEVELAND, ET AL.,** | ) | **OPINION AND ORDER** |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Plaintiff Terry A. Rose's Motion to Remand (ECF # 31). According to Plaintiff, on March 25, 2013, Defendants removed the above-captioned case from Cuyahoga County Court of Common Pleas to this Court due to Plaintiff's federal Constitutional claims against the City of Cleveland and Officer Dickens. Plaintiff has subsequently filed a Notice of Dismissal of her claims against the City of Cleveland and Dickens, therefore, there remains only state law claims against Defendant Marymount. Plaintiff motions the Court to remand the case back to state court since no federal question remains. Defendant Marymount does not object to remand.

28 U.S.C. § 1367 grants the district courts supplemental jurisdiction over state claims related to claims over which the district courts possess original jurisdiction. However, a

district court may decline to exercise supplemental jurisdiction over such related claims, if "the district court has dismissed all claims over which it has original jurisdiction." 28 U.S.C. § 1367(c)(3).

There being no remaining claims over which this Court has original jurisdiction, the Court declines to exercise its supplemental jurisdiction over Plaintiff's remaining state law claims and remands the above-captioned case back to Cuyahoga County Court of Common Pleas for further adjudication.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated: August 27, 2014